#### No. 28004.

Court of Criminal Appeals of Texas.

Dec. 14, 1955.

### Roy GENTRY, Appellant.

#### v.

### The STATE of Texas, Appellee.

#### No. 28040.

Court of Criminal Appeals of Texas.

Dec. 14, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

726

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for burglary, with punishment assessed at three years' confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.